**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  
RONALD FRANCES FULLER  
KELLY ANN FULLER  
2537 VERONA CANEY RD  
LEWISBURG, TN  37091

Case No.09-13071-RM1-13  
JUDGE RANDAL S MASHBURN  
DATE:  August 05, 2014

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of  **$347.50** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **AMERICAN COLLECTIONS ENT** | **205 S WHITING STREET SUITE 500 ALEXANDRIA, VA  22304** | **$347.50** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com

Case 1:09-bk-13071    Doc 62    Filed 08/05/14    Entered 08/05/14 16:35:08    Desc Main
Document    Page 1 of 1